Name: Samantha Maas
Address: 609 N 2nd ave
Apt 320
Phone: 623-759-1412
Fax:

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Hardford and Accident Insurance Company
  Plaintiff

v.

Ruth Maas, Denise Veloff, Samantha Maas
  Defendant(s).

CASE NUMBER: 8:22-CV-00297-JLS-KES

Date: 8/9/22

Defendant; Samantha Maas

(Enter document title in the space provided above)

In Response to Complaint

A. Statement of the Case
1. Defendant is/her the Beneficiary under Policy

2. Answer Denied. To settle offered the sum of 7,5000

3. From her/Ruth Maas's amount.

1
Page Number

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT