UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:22-cv-00297-JLS-KES            Date: May 08, 2023
Title: Hartford Life and Accident Insurance Company v. Ruth Maas et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                            Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE BY DEFENDANT-IN-INTERPLEADER SAMANTHA MAAS TO COMPLY WITH COURT'S ORDER TO ENGAGE IN MEDIATION**

On April 28, 2023, the Court issued an Order requiring a status report by Defendant-in-Interpleader Ruth Maas regarding the status of discovery in the case and whether the parties had engaged in mediation. (*See* Order, Doc. 44.) Ruth Maas filed a responsive status report on May 3, 2023, stating that Samantha Maas has refused multiple times to engage in mediation despite the Court's order that the parties do so. (*See* Status Report, Doc. 45 at 3; *see also* Doc. 23 (requiring the parties to engage in court-ordered mediation no later than January 6, 2023).)

Accordingly, Samantha Maas is ORDERED to inform the Court, in writing, no later than **May 15, 2023** why she has not complied with the Court's order to engage in mediation. Failure to respond timely, or an inadequate response, may result in sanctions, up to and including entry of default[1] as to Samantha Maas.

.

                                                                       Initials of Preparer: vrv

---

[1] An entry of default against a party in a lawsuit signifies that the party has failed to appear or otherwise defend. *See* Fed. R. Civ. P. 55(a). Entry of default in an interpleader action like this one can affect a party's legal rights, including their claim of entitlement to the funds at issue. *See Standard Ins. Co. v. Asuncion*, 43 F. Supp. 3d 1154, 1156 (W.D. Wash 2014).