UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:22-cv-00297-JLS-KES                                                                  Date:  May 23, 2023

Title:  Hartford Life and Accident Insurance Company v. Ruth Maas et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                               Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DIRECTING CLERK TO ENTER DEFAULT AS TO DEFENDANT-IN-INTERPLEADER SAMANTHA MAAS**

On May 5, 2023, the Court issued an Order to Show Cause re: Failure by Defendant-in-Interpleader Samantha Maas to Comply with Court's Order to Engage in Mediation.  (Order, Doc. 46.)  The Court Ordered Samantha Maas to respond no later than May 15, 2023, and warned that failure to respond timely could result in sanctions including entry of default.  (*See id.*)  To date, Samantha Maas has not filed a response.  Accordingly, the Court directs the Clerk to enter default as to Samantha Maas.

After the Clerk has entered default, Defendant-in-Interpleader Ruth Maas may file an Application for Default Judgment.  *See* Fed. R. Civ. P. 55.  Any Application for Default Judgment must be filed within **thirty days** of the Clerk's entry of default.  It must be made according to the procedures outlined in Federal Rule of Civil Procedure 55(b)(2) and Central District of California Local Rule 55-1, as well as the Court's Procedures.  (*See* Judge's Procedures, https://www.cacd.uscourts.gov/honorable-josephine-l-staton.)  Failure to follow these procedures may result in the Court striking the Motion.

Initials of Preparer:  vrv