1  ADEPT LAW FIRM
2  JOSEPH S. FOGEL [SBN 156746]
   E-mail: joe@adeptlawfirm.com
3  4500 Park Granada, Suite 202 F
   Calabasas, California 91302-1666
4  *telephone*     (818) 986-7100

5  *Attorneys for Defendant-in-Interpleader*
       RUTH MAAS

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | Case No.   8:22-cv-00297-JLS-KES |
| Plaintiff, | NOTICE OF APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT-IN-INTERPLEADER SAMANTHA MAAS |
| vs. | |
| RUTH MAAS; SAMANTHA MAAS; DENISE VELOFF; and DOES 1 to 10, inclusive, | DATE: December 1, 2023<br>TIME: 10:30 am<br>Courtroom 8A |
| Defendants-in-Interpleader | Hon. Josephine L. Stanton, Judge Presiding |

20      TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, please take notice that on December 1, 2023 Defendant-in-Interpleader RUTH MAAS, has set a noticed hearing on her Application for Default Judgment, on the above entitled case.  The hearing is set for 10:30 am, or as soon thereafter as the matter may be heard, in Courtroom 8A, 8th Floor, of the United States District Court, Central District of California, Western Division, located at 350 West 1st Street, Los Angeles, CA 90012.

      The Application is based on this Notice of Application, the Application, the Supplemental Declaration of Joseph Fogel (counsel) including Exhibits thereto,

the Declaration of Ruth Maas (party), the Proposed Judgment, and the Court's own file on this case, including the default entered against Defendant Samantha Maas, and other documents.

This Application will be based on any oral testimony if such is permitted by the Court.

Respectfully submitted,

DATED: October 27, 2023     ADEPT LAW FIRM

By: *Joseph S. Fogel* /s/
JOSEPH S. FOGEL,
*Attorney for Defendant-in-Interpleader*
RUTH MAAS